ROBERT H. MARR,
ALCIBIADE DE BLANC
WILLIAM B. EGAN, 1877–8,     } *Associate Justices.*
WILLIAM B. SPENCER,
EDWARD D. WHITE, 1879–80,

---

### No. 4885.

LA SOCIÉTÉ DE BIENFAISANCE DES ARTS ET METIERS vs. WILLIAM B. MORRIS & CO. ET AL.

An agreement between an attorney at law and his client, that he shall retain as his fee one-half of the sum he collects on a claim, for which he has instituted or is about to institute suit, will be enforced.

APPEAL from the Fifth District Court of New Orleans.   CULLOM, J.

*Bartlette* for Plaintiff Appellant.   *McEnery, Ellis & Ellis*, for Respondent.

The main suit of La Société *v.* Morris, was decided and a settlement was made by compromise. One of the stipulations of this compromise was that Mr. Lingan, the attorney who collected the amount, was to receive one-half of the sum thus collected as his fee. The sum collected was $4,000. The plaintiff society transferred all its rights to another society, which appears to be its successor. This successor society repudiated the engagement with Mr. Lingan, and took a rule on him to pay over the sum retained by him.

DE BLANC, J. Mr. Lingan received $4,000, and was to account for one-half thereof, less the expenses. He has done so. The indisputable contract between them was, that one-half of the net amount recovered should be paid to the corporation. He has performed his part of it. The rule was discharged below.

*Judgment affirmed.*